IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Eric D. Jordan,<br><br>  Debtor.<br>_____<br><br>R. Matthew Wadsworth, individually,<br>and on behalf of Firm Tech, Inc., as putative<br>Assignee of Firm Tech, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Eric D. Jordan,<br><br>  Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case No. 15-73144-WLH<br><br><br><br><br><br><br>Adversary Proceeding No. 16-05116 |

**PLAINTIFF'S NOTICE OF SCRIVENER'S ERRORS IN VERIFIED COMPLAINT**

Plaintiff hereby provides notice of scrivener's errors in the below-numbered paragraphs of the Verified Complaint filed on May 31, 2016, initiating this adversary proceeding, as follows:

- Paragraph 21:  Plaintiff's reference to the effective date of HDH's valuation was intended to be December 31, **2014**.

- Paragraph 52:  Plaintiff's reference to Mr. Jordan's and Mr. Negron's petition date was intended to be December 2, **2015**.

- Paragraph 56:  Plaintiff's reference to December 1, 2016, was intended to be December 1, **2015**.

- Paragraph 65:  Plaintiff's reference to December 1, 2016, was intended to be December 1, **2015**.

- Paragraph 78: Plaintiff's reference to December 1, 2016, was intended to be December 1, **2015**.

Dated: June 3, 2016.

                **BRYAN CAVE LLP**

                */s/ Gwendolyn J. Godfrey*
                Gwendolyn J. Godfrey (Ga. Bar No. 153004)
                Gwendolyn.Godfrey@BryanCave.com
                One Atlantic Center – Fourteenth Floor
                1201 W. Peachtree Street, NW
                Atlanta, Georgia  30309-3488
                Telephone:  (404) 572-6600
                Facsimile:   (404) 572-6999

                *Counsel for R. Matthew Wadsworth*

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of June 2016, the foregoing **PLAINTIFF'S NOTICE OF SCRIVENER'S ERRORS IN VERIFIED COMPLAINT** has been filed in the above-referenced adversary proceeding, which shall generate an email notice of filing, with a link to this document, sent to all parties that have signed up for ECF notices in the above-captioned bankruptcy case. In addition, I further certify that a true and correct copy has been furnished to the parties listed below by United States First Class Mail, postage pre-paid.

Eric D. Jordan
3305 Rough Creek Drive
Woodstock, GA  30189

Will B. Geer
Will B. Geer LLC
333 Sandy Springs Circle, NE – Suite 225
Atlanta, GA  30328

S. Gregory Hays
Hays Financial Consulting LLC
3343 Peachtree Road NE – Suite 200
Atlanta, GA  30326-1420

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street NW – Suite 2100
Atlanta, GA  30363

Office of the US Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive
Atlanta, GA  30303

**BRYAN CAVE LLP**

*/s/ Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey (Ga. Bar No. 153004)
Gwendolyn.Godfrey@BryanCave.com
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia  30309-3488
Telephone:  (404) 572-6600
Facsimile:   (404) 572-6999

*Counsel for R. Matthew Wadsworth*

{ PAGE \* MERGEFORMAT }