**IT IS ORDERED as set forth below:**



Date: January 7, 2013

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 12-76041-PWB |
| | : | |
| KENNETH HORNE and LOUWANA HORNE, | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| Debtors. | : | BANKRUPTCY CODE |
| _____ | : | |
| | : | |
| KENNETH HORNE and LOUWANA HORNE, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| FCI LENDER SERVICES, INC., | : | |
| | : | |
| Respondent. | : | |

## ORDER

The Debtors' "Motion to Determine Secured Status of Claim and Release Underlying Liens of Property" (Doc. No. 15) came before this Court for hearing on December 19, 2012. The Debtors seek a determination that the second priority deed to secure debt on the real property, located at 845

Underhill Court, Gwinnett County, Georgia, held by the Respondent, FCI Lender Services, Inc., is completely unsecured and that, because there is no value in the property to which its junior lien can attach, its claim is unsecured and the lien is void pursuant to 11 U.S.C. §§ 506(d) and 1322(b)(2). There being no opposition to the motion, it is

ORDERED that the motion is granted as set forth herein. It is

FURTHER ORDERED that, for purposes of the Debtors' chapter 13 case, the claim of FCI Lender Services, Inc., secured by a second priority security deed on the Debtors' real property, is allowed as a general, nonpriority unsecured claim. It is

FURTHER ORDERED that, effective upon entry of discharge in the Debtors' chapter 13 case, the second priority lien of FCI Lender Services, Inc., evidenced by a security deed recorded in the Superior Court of Gwinnett County, Georgia, shall be deemed void with respect to the Debtors' interest in the real property without further order pursuant to 11 U.S.C. § 506(d). In the event the Debtors' case is dismissed or converted to Chapter 13, the lien of FCI Lender Services, Inc., shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or § 348(f)(1)(B), as applicable.

End of Order

Distribution List

Kenneth Horne
845 Underhill Court
Sugar Hill, GA 30518

Will B. Geer
Law Office of Will Geer
1069 Spring St., NW.
Suite 200
Atlanta, GA 30309

FCI Lender Services, Inc.
c/o Michael Griffith, CEO
8180 East Kaiser Boulevard
Anaheim, CA 92808

FCI Lender Services, Inc.
c/o National Registered Agents, Inc.
3675 Crestwood Parkway
Suite 350
Duluth, GA 30096

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740